AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Antonia Hernandez-Salazar (1971/MX)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-19-1095-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 13, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 5.78 Kilograms of Cocaine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 5.78 Kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Approved by*

Sworn to before me and signed in my presence.

Date: 05/14/2019 — 8:36 a.m.

City and state: McAllen, Texas

_____
Complainant's signature

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

_____
Judge's signature

U.S. Magistrate Judge Juan Alanis
*Printed name and title*

## Attachment "A"

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On May 13, 2019, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Antonia Hernandez-Salazar (hereafter HERNANDEZ), a citizen of Mexico, while attempting to enter the U.S. with approximately 5.78 kilograms of cocaine concealed within the front bumper area of the vehicle she was driving. The vehicle was determined to be stolen from Portland, Texas.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from HERNANDEZ. HERNANDEZ claimed to be traveling from Reynosa, Tamaulipas, Mexico to go shopping in McAllen, Texas. CBPOs referred HERNANDEZ and the vehicle to secondary inspection for an intensive examination due to an automatic computer-generated referral.

3. During secondary inspection, a CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. CBPOs conducted a non-intrusive X-Ray inspection and discovered anomalies in the front bumper of the vehicle.

5. A physical search of the vehicle revealed a total of five (5) packages concealed within the front bumper area of the vehicle. CBPOs weighed the five (5) packages, which weighed approximately 5.78 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the properties and characteristics of cocaine.

6. HSI Special Agents responded to the Hidalgo POE to assist in the investigation. HSI Special Agents interviewed HERNANDEZ, who gave several false statements and later stated she suspected she was transporting drugs into the United States. HERNANDEZ admitted to agreeing to smuggle contraband for the smuggling organization and had prior trips into the United States on behalf of the smuggling organization.